IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv1001-MHT |
| | ) | (WO) |
| HOWARD GRIGGS TRUCKING, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

SHOW-CAUSE JUDGMENT

By order entered on December 21, 2005 (Doc. No. 10), the court required defendant Howard Griggs Trucking, Inc. to show cause, by no later than January 10, 2006, as to (a) why plaintiff Canal Insurance Company's motion for default judgment (Doc. No. 7) should not be granted and (b) why defendant Howard Griggs Trucking, Inc.'s answer (Doc. No. 9) should be allowed. Defendant Howard Griggs Trucking, Inc. has failed to respond to the show-cause order and has otherwise filed nothing in opposition to plaintiff Canal Insurance Company's motion for default judgment.

Therefore, it appearing that defendant Howard Griggs Trucking, Inc. does not oppose plaintiff Canal Insurance Company's motion for default judgment, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Canal Insurance Company's motion for default judgment (Doc. No. 7) is granted.

(2) Defendant Howard Griggs Trucking, Inc.'s answer (Doc. No. 9) is disallowed.

(3) Judgment is entered in favor of plaintiff Canal Insurance Company and against defendant Howard Griggs Trucking, Inc. on the matters at issue in this litigation.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of January, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**